## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MR. AND MRS. EDWARD L. MARTINA, JR. | CIVIL ACTION<br>NO. 06-8951 |
| VERSUS | |
| STATE FARM MUTUAL INSURANCE COMPANY AND THE ESTATE OF JAMES HOOKER | SECTION M |

## ORDER

Before the Court is Plaintiffs' Motion to Remand which is opposed by Defendants, and which came for hearing on December 20, 2006, on the briefs. After consideration of the motion, the opposition, and the applicable law, the Court grants the motion.

Plaintiffs are the owners of a home located at 4104 Lake Trail Drive in Kenner, Louisiana, which sustained significant damage including more than $50,000 damage to plaintiffs' personal property. They allege in their original petition that they procured property damage insurance for flood and other perils through Defendant, James Hooker, an agent for Defendant State Farm Insurance Company (State Farm). Plaintiffs allege that prior to Hurricane Katrina, they met with Hooker and several of his employees to verify that they maintained the maximum limits of contents coverage. They allege that eight months after the Hurricane, plaintiffs were told by State Farm that they did not have any contents

coverage under their flood insurance policy.  Plaintiffs filed suit in the 24th Judicial District Court for the Parish of Jefferson, and State Farm removed the matter to this Court.

Plaintiffs allege that Hooker's breach of fiduciary duty and negligence occurred at the annual meetings held to verify their coverage amounts. These allegations, taken as fact, provide a basis for a viable action against a non-diverse defendant, and therefore defeat federal jurisdiction.  *See* 28 U.S.C.§1447 (c).

**Accordingly**, the Motion is **GRANTED** and the matter is **REMANDED** to the 24th Judicial district Court for the Parish of Jefferson.

New Orleans, Louisiana, this 22nd day of December, 2006.

*Peter Beer*
Peter Beer
United States District Judge